# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE E. KELLEY** | : |
| | : |
| v. | : CIVIL ACTION NO. 14-953 |
| | : |
| **SYNTHES INC., ET AL.** | : |

## O R D E R

**AND NOW, TO WIT:** This __11th__ day of __September__, 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: __/s/ Patricia Clark__
Civil Deputy Clerk to Judge McHugh

Copies EMAILED on __9/11/14__ to:

Timothy M. Kolman, Esquire
W. Charles Sipio, Esquire
Anthony Haller, Esquire
Jessamyne M. Simon, Esquire
Stephanie Gantman Kaplan, Esquire